IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELEIN RODELA, JR.,                    )
                                      )
              Petitioner,             )
                                      )      Case No. 1:25-cv-106
       v.                             )
                                      )
UNITED STATES OF AMERICA,             )
*et al.*,                             )
                                      )
              Respondents.            )

## MEMORANDUM ORDER

Petitioner Elein Rodela, Jr., a former inmate at the Federal Correctional Institution at McKean, filed the instant petition for relief under 28 U.S.C. §2241, in which he requested credit under the First Step Act for some 200 days he had spent in federal custody.  *See* ECF No. 1.  On September 12, 2025, Respondents filed a suggestion of mootness.  ECF No. 6.  According to Respondents, the Bureau of Prison's records indicate that Petitioner was eligible to receive First Step Act time credits, which can be applied toward time in prerelease custody or supervised release.  *Id*. at 1.  Respondents also reported that Petitioner had been transferred to prerelease custody at a Residential Reentry Center on September 10, 2025.  *Id*.  Because Petitioner was projected to earn the maximum of 12 months' early transfer to supervised release, Respondents asserted that there was no further remedy this Court could provide in the pending civil action. *Id.*

The matter was referred to Chief United States Magistrate Richard A. Lanzillo for a Report and Recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.  On April 15, 2026, Judge Lanzillo issued an R&R in which he recommended that the within petition be dismissed as moot.  ECF No. 8.

1

Judge Lanzillo concluded that, because Petitioner is now being housed at a Residential Reentry Management Center, there is no longer any habeas relief that can be provided by this Court. *See* ECF No. 8.

Objections to the R&R were due to be filed on or before May 4, 2026. To date, no objections have been filed.

Now, after *de novo* review of all documents in the case, including the Petition for Relief, Respondents' Suggestion of Mootness, and the Chief Magistrate Judge's R&R,

IT IS ORDERED, this 27th day of May 2026, that the within action is hereby DISMISSED as moot, and the Report and Recommendation issued by Chief U.S. Magistrate Judge Lanzillo on April 15, 2026, ECF No. [8], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this matter, the Clerk is directed to mark the within civil action "CLOSED." The Clerk is also requested to mail a copy of this order to Petitioner's current location, as indicated by the Bureau of Prison's Inmate Locator, (www.bop.gov/inmateloc), as well as to Petitioner's current address of record.

SUSAN PARADISE BAXTER
United States District Judge

2